FILED'08 DEC 18 16:30 USDC-ORP

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

BRIAN CLAY NORBERG,

    Petitioner,

                                Civil No. 06-440-HU

    v.

                                JUDGMENT

SHARON BLACKETTER,

    Respondent.

Based on the Order adopting the Findings and Recommendation [55] of Magistrate Judge Hubel,

IT IS ORDERED AND ADJUDGED that the petitioner's Second Amended Petition for Writ of Habeas Corpus [31] is DENIED. This action is DISMISSED with prejudice.

Dated this \_\_\_18\_\_ day of December, 2008.

                                                      /s/ Ancer L. Haggerty
                                                      ANCER L. HAGGERTY
                                                      UNITED STATES DISTRICT JUDGE